United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ICARD, | No. C 11-03258 EDL |
| Plaintiff(s), | **ORDER OF RECUSAL AND REASSIGNMENT** |
| v. | |
| ECOLAB INC, | |
| Defendant(s). | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case.

This matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings, including all pretrial and trial proceedings, and the entry of final judgment. The current scheduled dates shall be maintained except as modified or rescheduled in accordance with instructions by the reassigned Judge.

**IT IS SO ORDERED.**

Dated: July 5, 2011

_Elizabeth D. Laporte_
Elizabeth D. Laporte
United States District Magistrate Judge