UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. ICARD, an individual; for himself and those similarly situated, and ROES 1 through 30,000 and the proposed class,<br><br>Plaintiff,<br><br>v.<br><br>ECOLAB INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendant | Case No. 3:11-cv-03258-CRB<br><br>Action Date: December 21, 2009<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

IT IS HEREBY ORDERED that Defendant Ecolab Inc. may have a fifteen day extension of time to file its Opposition to Plaintiff's Motion to Remand. The Opposition will now be filed on or before August 25, 2011. Plaintiff's Reply to Defendant's Opposition will now be filed on or before September 1, 2011.

DATED: _____, 2011

_____
Clerk of the Northern District Court

[Proposed] Order Granting Extension of Time
3:11-CV-03258 CRB

4813-4720-9738