**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M ICARD,<br><br>    Plaintiff,<br><br>  v.<br><br>ECOLAB INC.,<br><br>    Defendant.<br>_____/ | No. C 11-03258 CRB<br><br>**ORDER** |

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the above captioned case is referred to Judge Phyllis J. Hamilton to determine whether it is related to Northern District Case No. CV 10-410-PJH.

    **IT IS SO ORDERED.**

Dated: September 19, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3258\Order re Referral.wpd