IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES M ICARD,

    Plaintiff,

 v.

ECOLAB INC.,

    Defendant.
                                   /

No. C 11-03258 CRB

**ORDER**

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the above captioned case is referred to Judge Phyllis J. Hamilton to determine whether it is related to Northern District Case No. CV 10-410-PJH.

**IT IS SO ORDERED.**

Dated: September 19, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3258\Order re Referral.wpd