UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES M. ICARD,

    Plaintiff(s),

    v.

ECOLAB INC.,

    Defendant(s).
_____/

No. C 11-3258 PJH

**ORDER SETTING HEARING**

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Phyllis J. Hamilton. It is hereby ordered that the hearing on plaintiff's motion to remand will be held on **October 5, 2011, at 9:00 a.m.** in Courtroom 3, Oakland Courthouse, 1331 Clay, Oakland California. If the parties are unable to attend a hearing on this date, the matter will be decided on the papers, as there are no other available hearing dates until January 2012.

**IT IS SO ORDERED.**

Dated: September 22, 2011

                                                PHYLLIS J. HAMILTON
                                                United States District Judge