UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES M. ICARD,

       Plaintiff(s),                         No. C 11-3258 PJH

  v.                                  **ORDER SETTING HEARING**

ECOLAB INC.,

                                         [Reassigned Case]

       Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The above matter having been reassigned to the Honorable Phyllis J. Hamilton. It is hereby ordered that the hearing on plaintiff's motion to remand will be held on **October 5, 2011, at 9:00 a.m.** in Courtroom 3, Oakland Courthouse, 1331 Clay, Oakland California.  If the parties are unable to attend a hearing on this date, the matter will be decided on the papers, as there are no other available hearing dates until January 2012.

      **IT IS SO ORDERED.**

Dated: September 22, 2011

                                                   _____
                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge